JANET M. KROTOSKY, by Her Guardian ad Litem, IRVING KROTOSKY, Appellant, v. THE CITY OF NEW YORK, Respondent, and W. H. GAHAGAN REALTY Co., INC., Defendant.— In an action to recover damages for personal injuries alleged to have been caused by the negligence of defendant The City of New

York in permitting an iron pipe to remain beneath the water at a public bathing beach, over which pipe the infant plaintiff tripped and fell, order of the Appellate Term reversing a judgment of the City Court of the City of New York, County of Queens, in favor of plaintiff, and dismissing the complaint, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.